JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT B. KAPLAN (Bar No. 76950)
JENNIFER S. COLEMAN (Bar No. 213210)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Appellant CALIFORNIA MORTGAGE AND REALTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SAIGON PLAZA ASSOCIATION, LLC , a California limited liability company,<br><br>Debtor, | CASE NO.    3:07-cv-02070-VRW<br><br>BK. CASE NO.    07-40169-T<br><br>**ORDER DISMISSING APPEAL** |

**ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA FROM AN ORDER ENTERED BY THE HONORABLE LESLIE TCHAIKOVSKY, BANKRUPTCY JUDGE, GRANTING MOTION TO CLARIFY IDENTITY OF DEBTOR AND APPLYING AUTOMATIC STAY TO <u>AVOID FORECLOSURE SALE</u>**

The Court, having reviewed the Stipulation to Dismiss Appeal entered into between Appellant California Mortgage and Realty, Inc. and Respondent Saigon Plaza Association, LLC, and good cause appearing therefor:

IT IS ORDERED THAT:

1. The above-referenced appeal shall be dismissed; and

//

//

1    2. Appellant California Mortgage and Realty, Inc. and Respondent Saigon Plaza
2  Association, LLC shall bear their own costs with respect to said appeal.

4  DATED:  6/7/2007

   _____
   UNITED STATES DISTRICT JUDGE

6

7  APPROVED AS TO FORM:

8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, A LIMITED LIABILITY
   PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

10  By: /s/Steven B. Sacks
        STEVEN B. SACKS
11  Attorneys for Respondent SAIGON PLAZA ASSOCIATION LLC

573222v1

- 2 -    ORDER DISMISSING APPEAL

## COURT SERVICE LIST

Steven B. Sacks
Sheppard Mullin Richter & Hampton, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
ssacks@sheppardmullin.com

Robert B. Kaplan
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA  94111
rbk@jmbm.com